IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GREGORY ALLEN WILLIAMS,

      Appellant,

  v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No. 5D22-1715
LT Case No. 1992-CF-000777

Decision filed December 6, 2022

Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Matthew J. Metz, Public Defender,
and Allison A. Havens, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Stephen R.
Putnam, Jr., Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.